**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re:  BRODERICK, KEVIN LEO                     §   Case No. 16-26356
                                                 §
                                                 §
                                                 §
              Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/17/2016. The undersigned trustee was appointed on 08/17/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         57,644.82

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 18.84 |
| Bank service fees | 621.63 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 57,004.35 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 06/13/2017 and the deadline for filing governmental claims was 06/13/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,113.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $5,113.72, for a total compensation of $5,113.72[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/13/2018     By: /s/ Eugene Crane
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 16-26356
**Case Name:** BRODERICK, KEVIN LEO
**For Period Ending:** 03/13/2018

**Trustee Name:** (330350) Eugene Crane
**Date Filed (f) or Converted (c):** 08/17/2016 (f)
**§ 341(a) Meeting Date:** 09/13/2016
**Claims Bar Date:** 06/13/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1; Exemption: Cash - Amount: 40.00 | 40.00 | 0.00 | | 0.00 | FA |
| 2 | Pre-paid Debit Card<br>Imported from original petition Doc# 1; Exemption: pre-paid debit card: Pre-paid Debti Card - Amount: 380.00 | 380.00 | 0.00 | | 0.00 | FA |
| 3 | Bed<br>Imported from original petition Doc# 1; Exemption: Bed - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Usual and Ordinary Wearing Apparel<br>Imported from original petition Doc# 1; Exemption: Usual and Ordinary - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Watch<br>Imported from original petition Doc# 1; Exemption: Watch - Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Mixed golf clubs<br>Imported from original petition Doc# 1; Exemption: Mixed golf clubs - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Insurance Policies<br>Imported from original petition Doc# 1; Exemption: 10,000 face value Met Life Beneficiary: mother is beneficiary - Amount: 30.00 | 30.00 | 0.00 | | 0.00 | FA |
| 8 | Potential inheritance from brother's estate - On<br>Imported from original petition Doc# 1; Exemption: Potential inheritance from brother's estate - One fourteenth interest in estate - original exemption amount: 3130.00 | Unknown | 3,870.00 | | 0.00 | FA |
| 9 | 1997 Toyota Corolla, 168,000 miles. Entire prope<br>Imported from original petition Doc# 1; Exemption: 1997 Toyota Corolla 168,000 miles - Amount: 2400.00 | 2,500.00 | 100.00 | | 0.00 | FA |
| 10 | IRA: IRA INHERITED FROM DECEASED BROTHER (u)<br>Amended Sch C 11/29/2017 exemption amount $33,571.15. Objection to this exemption was filed 03/30/2017.<br>05/11/2017 - order entered denying exemption. | 33,571.15 | 33,571.15 | | 37,686.39 | FA |
| 11 | Inherited Schwab Brokerage Account (u)<br>Second Brokerage account held at Schwab inherited from brother. Non-IRA. Unscheduled. | Unknown | 19,152.00 | | 19,958.43 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$37,271.15** | **$56,693.15** | | **$57,644.82** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 16-26356
**Case Name:** BRODERICK, KEVIN LEO

**For Period Ending:** 03/13/2018

**Trustee Name:** (330350) Eugene Crane
**Date Filed (f) or Converted (c):** 08/17/2016 (f)
**§ 341(a) Meeting Date:** 09/13/2016
**Claims Bar Date:** 06/13/2017

**Major Activities Affecting Case Closing:**

02/20/2018: Rec'd accounting of probate estate; Debtor's 1/14 interest in inventory (which is negligible) will go directly to Debtor as proceeds in estate can pay all creditors at 100 percent plus interest (dk)
12/14: Circuit Court Probate Court hearing on Final Accounting cont'd to 2/22/18 (dk)
10/30: MT to Employ Accountants filed; hearing 11/07 (dk)
07/30: All Schwab funds turned over; still waiting on inventory of probate estate (dk)
06/20: Order of Judgment entered, will send order to Schwab for turnover of funds (dk)
05/15: Filed Adv Complaint for T/O of funds held at Schwab (dk)
05/11: Order entered denying exemption claimed on inherited IRA (dk)
05/11: Order entered extending time to object to discharge to 08/15/2017 (dk)
03/30: Filed Objection to Exemption claimed on inherited IRA; hearing on April 6 (dk)
03/16: Contacted Charles Schwab, alerted them to bankruptcy and that the estate is the new beneficiary of Debtors brother's accounts (dk)
03/10: Initial Report of Assets filed (dk)
03/10: Trustee to file Motion to object to exemption (dk)
01/10/17: ORDER entered to retain CHSW&C (dk)
12/29: MT filed to Employ CHSW&C; Hearing on 01/10/17(dk)
11/17: Debtor may have enough interest for equity to the bk; write to probate atty for more information (dk)
11/16: Ltr sent to G.Krol for probate and brother's estate info (dk)

**Current Projected Date Of Final Report (TFR):** 12/31/2018    **Initial Projected Date Of Final Report (TFR):** 12/31/2018

Form 2

Exhibit B
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 16-26356 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BRODERICK, KEVIN LEO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2802 | Account #: | ******5966 Checking Account |
| For Period Ending: | 03/13/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/17 | {11} | Charles Schwab | Liquidation of inherited Schwab brokerage account | 1229-000 | 19,954.21 | | 19,954.21 |
| 07/14/17 | {10} | Charles Schwab | Liquidation of inherited IRA account | 1229-000 | 37,686.10 | | 57,640.31 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.16 | 57,607.15 |
| 08/07/17 | {10} | Charles Schwab | Remainder of Roth IRA xxxx5452 inherited by Debtor | 1229-000 | 0.29 | | 57,607.44 |
| 08/07/17 | {11} | Charles Schwab | Remainder of Schwab Account no. xxxx0035 inherited by Debtor | 1229-000 | 4.22 | | 57,611.66 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.15 | 57,520.51 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.97 | 57,440.54 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.12 | 57,352.42 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.49 | 57,269.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.62 | 57,190.31 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 90.48 | 57,099.83 |
| 02/13/18 | 101 | International Sureties, Ltd. | Bond payment term 02-01-18 to 02-01-19; Bond #016073584 | 2300-000 | | 18.84 | 57,080.99 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.64 | 57,004.35 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 57,644.82 | 640.47 | $57,004.35 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 57,644.82 | 640.47 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$57,644.82** | **$640.47** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-26356 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | BRODERICK, KEVIN LEO | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2802 | **Account #:** | ******5966 Checking Account |
| **For Period Ending:** | 03/13/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $57,644.82 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $57,644.82 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5966 Checking Account | $57,644.82 | $640.47 | $57,004.35 |
| | **$57,644.82** | **$640.47** | **$57,004.35** |

UST Form 101-7-TFR (5/1/2011)

Printed: 03/13/2018 11:15 AM

Page: 1

# Exhibit C

## Claims Proposed Distribution Register

### Case: 16-26356 BRODERICK, KEVIN LEO

**Case Balance:** $57,004.35     **Total Proposed Payment:** $57,004.35     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | EUGENE CRANE | Admin Ch. 7 | $5,113.72 | $5,113.72 | $0.00 | $5,113.72 | $5,113.72 | $51,890.63 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Clerk of U.S. Bankruptcy Court | Admin Ch. 7 | $350.00 | $350.00 | $0.00 | $350.00 | $350.00 | $51,540.63 |
| | <2700-00 Clerk of the Court Fees> | | | | | | | |
| | Crane, Simon, Clar & Dan | Admin Ch. 7 | $9,159.00 | $9,159.00 | $0.00 | $9,159.00 | $9,159.00 | $42,381.63 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Crane, Simon, Clar & Dan | Admin Ch. 7 | $114.13 | $114.13 | $0.00 | $114.13 | $114.13 | $42,267.50 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Kutchins, Robbins & Diamond, Ltd. | Admin Ch. 7 | $1,402.50 | $1,402.50 | $0.00 | $1,402.50 | $1,402.50 | $40,865.00 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 2P | Department of the Treasury | Priority | $212.04 | $212.04 | $0.00 | $212.04 | $212.04 | $40,652.96 |
| 3P | IL Dept of Revenue Bankruptcy Section | Priority | $659.39 | $659.39 | $0.00 | $659.39 | $659.39 | $39,993.57 |
| 1 | Discover Bank | Unsecured | $10,551.81 | $10,551.81 | $0.00 | $10,551.81 | $10,551.81 | $29,441.76 |
| 2U | Department of the Treasury | Unsecured | $231.29 | $231.29 | $0.00 | $231.29 | $231.29 | $29,210.47 |
| 3U | IL Dept of Revenue Bankruptcy Section | Unsecured | $115.40 | $115.40 | $0.00 | $115.40 | $115.40 | $29,095.07 |

Printed: 03/13/2018 11:15 AM

Page: 2

# Exhibit C

## Claims Proposed Distribution Register

### Case: 16-26356 BRODERICK, KEVIN LEO

**Case Balance:** $57,004.35     **Total Proposed Payment:** $57,004.35     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4 | CACH, LLC | Unsecured | $14,795.79 | $14,795.79 | $0.00 | $14,795.79 | $14,795.79 | $14,299.28 |
| 5 | The Cardiology Group | Unsecured | $18.00 | $18.00 | $0.00 | $18.00 | $18.00 | $14,281.28 |
| 1I | Discover Bank | Unsecured | $108.63 | $108.63 | $0.00 | $108.63 | $108.63 | $14,172.65 |
| 2PI | Department of the Treasury | Priority | $2.18 | $2.18 | $0.00 | $2.18 | $2.18 | $14,170.47 |
| 2UI | Department of the Treasury | Unsecured | $2.38 | $2.38 | $0.00 | $2.38 | $2.38 | $14,168.09 |
| 3PI | IL Dept of Revenue Bankruptcy Section | Priority | $6.79 | $6.79 | $0.00 | $6.79 | $6.79 | $14,161.30 |
| 3UI | IL Dept of Revenue Bankruptcy Section | Unsecured | $1.19 | $1.19 | $0.00 | $1.19 | $1.19 | $14,160.11 |
| 4I | CACH, LLC | Unsecured | $152.32 | $152.32 | $0.00 | $152.32 | $152.32 | $14,007.79 |
| 5I | The Cardiology Group | Unsecured | $0.19 | $0.19 | $0.00 | $0.19 | $0.19 | $14,007.60 |
| SURPLUS | BRODERICK, KEVIN LEO | Unsecured | $14,007.60 | $14,007.60 | $0.00 | $14,007.60 | $14,007.60 | $0.00 |
| | **Total for Case:** | **16-26356** | **$57,004.35** | **$57,004.35** | **$0.00** | **$57,004.35** | **$57,004.35** | |

Printed: 03/13/2018 9:15 AM

Page: 3

## Exhibit C

### Claims Proposed Distribution Register

Case: 16-26356 BRODERICK, KEVIN LEO

Case Balance: $57,004.35     Total Proposed Payment: $57,004.35     Remaining Balance: $0.00

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $16,139.35 | $16,139.35 | $0.00 | $16,139.35 | 100.00% |
| **Total Secured Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims:** | $871.43 | $871.43 | $0.00 | $871.43 | 100.00% |
| **Total Unsecured Claims:** | $39,993.57 | $39,993.57 | $0.00 | $39,993.57 | 100.00% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-26356
Case Name: KEVIN LEO BRODERICK
Trustee Name: Eugene Crane

**Balance on hand:**   $           57,004.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $           0.00
Remaining balance:   $           57,004.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 5,113.72 | 0.00 | 5,113.72 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 9,159.00 | 0.00 | 9,159.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 114.13 | 0.00 | 114.13 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 1,402.50 | 0.00 | 1,402.50 |

Total to be paid for chapter 7 administrative expenses:   $           16,139.35
Remaining balance:   $           40,865.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:   $           40,865.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $871.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Department of the Treasury | 212.04 | 0.00 | 212.04 |
| 3P | IL Dept of Revenue Bankruptcy Section | 659.39 | 0.00 | 659.39 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 871.43 |
| Remaining balance: | $ 39,993.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,712.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 10,551.81 | 0.00 | 10,551.81 |
| 2U | Department of the Treasury | 231.29 | 0.00 | 231.29 |
| 3U | IL Dept of Revenue Bankruptcy Section | 115.40 | 0.00 | 115.40 |
| 4 | CACH, LLC | 14,795.79 | 0.00 | 14,795.79 |
| 5 | The Cardiology Group | 18.00 | 0.00 | 18.00 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 25,712.29 |
| Remaining balance: | $ 14,281.28 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | None |  |  |  |

|  |  |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 14,281.28 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 14,281.28 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.56% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $273.68. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $14,007.60.

**UST Form 101-7-TFR(5/1/2011)**