IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kevin Leo Broderick, | ) | Case No.   16-26356 |
| | ) | Chapter 7 |
| | ) | Judge Deborah L. Thorne |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 26th day of March, 2018, before the hour of 5:00 p.m.

                                                       /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

**SERVICE LIST**

*Parties Served electronically:*
United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Gina Krol
Cohen & Krol
105 West Madison Street, STE 1100
Chicago, IL 60602

*Served via U.S. Mail:*
Kevin Leo Broderick
3169 West 115th Street
Apartment 1N
Merrionette Park, IL 60803-4524

Advocate Christ Medical Center
c/o BCA Financial Services, Inc.
18001 Old Cutler Road, Ste 462
Miami, FL 33157-6437

Advocate Medical Group
P.O. Box 92523
Chicago, IL 60675-2523

Advocate Medical Group
c/o United Recovery Services, LLC
18525 Torrence Avenue, Ste C 6
Lansing, IL 60438-2891

Baker & Miller, PC
29 N Wacker Drive Suite 500
Chicago, IL 60606-3221

Chase Card Services
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298

City of Chicago EMS
33589 Treasury Ctr
Chicago, IL 60694-3500

Consultants in Lab Medicine
c/o OAC
P.O. Box 500
Baraboo, WI 53913-0500

Consultants in Clinical Pathology
P.O. Box 5979
Carol Stream, IL 60197-5979

Consultants in Lab Medicine
P.O. Box 5981
Carol Stream, IL 60197-5981

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Diabetes & Endocrine Care, Ltd.
3830 West 95th Street
Evergreen Park, IL 60805-2088

Discover Financial
PO Box 3025
New Albany, OH 43054-3025

Evergreen Emergency Services
3504 W 95th Street
Evergreen Park, IL 60805-2105

Frederick J Hannah & Assoc PC
1427 Roswell Road
Marietta, GA 30062-3668

Harvard Collection Services, Inc.
4839 N. Elston Avenue
Chicago, IL 60630-2589

ICS/Illinois Collection Service
PO Box 1010
Tinley Park, IL 60477-9110

IL Dept of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

Law Firm of Allan C Smith PC
1276 Veterans Hwy, Ste E 1
Bristol, PA 19007-2597

Little Company Mary
 Hospitalist Grp
2800 W 87th Street, Suite 100
Chicago, IL 60652-3831

Little Co of Mary Hospital
3504 W 95th Street
Evergreen Park, IL 60805-2105

Little Co of Mary Hospital
P.O. Box 97677
Chicago, IL 60678-7677

M. Nahhas, MD
12307 S Harlem Avenue
Palos Heights, IL 60463-1483

MBNA America, NA
Ryan Calef & Assoc
1276 Veterans Hwy, Ste E 1
Bristol, PA 19007-2597

MCS Collections, Inc.
P.O. Box 7699
Chicago, IL 60680-7699

Malcom S. Gerald & Assoc. Inc.
332 S. Michigan Ave. Ste 600
Chicago, IL 60604-4318

MidAmerica Cardiovascular Consultants
P.O. Box 66973
Slot 303144
Chicago, IL 60666-0973

NCO Financial Systems, Inc.
P.O. Box 15081
Wilmington, DE 19850-5081

NES of Ohio
29125 Solon Road
Solon, OH 44139-3442

Neurologic Associates, Ltd
11824 Southwest Highway
Palos Heights, IL 60463-1083

Oak Lawn Radiology Imaging
541 Otis Bowen Drive
Munster, IN 46321-4158

Radiology Imaging Specialists Ltd
39645 Treasury Center
Chicago, IL 60694-9600

Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100

The Cardiology Group
2800 W 87th Street
Chicago, IL 60652-3831

The Cardiology Group
c/o ATG Credit, LLC
P.O. Box 14895
Chicago, IL 60614-8542

The Cardiology Group
c/o The Law Offices of MH Cohon
6210 Lincoln Avenue
Morton Grove, IL 60053

Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842-0625

Viking Client Services, Inc.
P.O. Box 59207
Minneapolis, MN 55459-0207

CACH, LLC
PO Box 5980
Denver, CO 80217-5980