**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re: BRODERICK, KEVIN LEO

§
§
§
§

Case No. 16-26356

Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eugene Crane, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,700.00 | Assets Exempt: $6,730.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $26,857.40 | Claims Discharged Without Payment: $139,679.77 |
| Total Expenses of Administration: $16,779.82 | |

3) Total gross receipts of $57,644.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $14,007.60 (see **Exhibit 2**), yielded net receipts of $43,637.22 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $16,779.82 | $16,779.82 | $16,779.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,804.24 | $871.43 | $871.43 | $871.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $139,679.77 | $25,712.29 | $25,985.97 | $25,985.97 |
| **TOTAL DISBURSEMENTS** | $141,484.01 | $43,363.54 | $43,637.22 | $43,637.22 |

4) This case was originally filed under chapter 7 on 08/17/2016.  The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      06/04/2018              By: /s/ Eugene Crane
                                         Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inherited Schwab Brokerage Account | 1229-000 | $19,958.43 |
| IRA: IRA INHERITED FROM DECEASED BROTHER | 1229-000 | $37,686.39 |
| **TOTAL GROSS RECEIPTS** | | **$57,644.82** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRODERICK, KEVIN LEO | Distribution payment - Dividend paid at 100.00% of $14,007.60; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $14,007.60 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$14,007.60** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2100-000 | NA | $5,113.72 | $5,113.72 | $5,113.72 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 3110-000 | NA | $9,159.00 | $9,159.00 | $9,159.00 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 3120-000 | NA | $114.13 | $114.13 | $114.13 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - BOND | 2300-000 | NA | $18.84 | $18.84 | $18.84 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $621.63 | $621.63 | $621.63 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $1,402.50 | $1,402.50 | $1,402.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$16,779.82** | **$16,779.82** | **$16,779.82** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department of the Treasury | 5800-000 | $0.00 | $212.04 | $212.04 | $212.04 |
| 3P | IL Dept of Revenue Bankruptcy Section | 5800-000 | $0.00 | $659.39 | $659.39 | $659.39 |
| N/F | Internal Revenue Service | 5800-000 | $926.66 | NA | NA | NA |
| N/F | State of Illinois Department of Rev | 5800-000 | $877.58 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$1,804.24** | **$871.43** | **$871.43** | **$871.43** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $10,551.81 | $10,551.81 | $10,551.81 |
| 1I | Discover Bank | 7990-000 | NA | NA | $108.63 | $108.63 |
| 2PI | Department of the Treasury | 7990-000 | NA | NA | $2.18 | $2.18 |
| 2U | Department of the Treasury | 7100-000 | $0.00 | $231.29 | $231.29 | $231.29 |
| 2UI | Department of the Treasury | 7990-000 | NA | NA | $2.38 | $2.38 |
| 3PI | IL Dept of Revenue Bankruptcy Section | 7990-000 | NA | NA | $6.79 | $6.79 |
| 3U | IL Dept of Revenue Bankruptcy Section | 7100-000 | $0.00 | $115.40 | $115.40 | $115.40 |
| 3UI | IL Dept of Revenue Bankruptcy Section | 7990-000 | NA | NA | $1.19 | $1.19 |
| 4 | CACH, LLC | 7100-000 | $0.00 | $14,795.79 | $14,795.79 | $14,795.79 |
| 4I | CACH, LLC | 7990-000 | NA | NA | $152.32 | $152.32 |
| 5 | The Cardiology Group | 7100-000 | $0.00 | $18.00 | $18.00 | $18.00 |
| 5I | The Cardiology Group | 7990-000 | NA | NA | $0.19 | $0.19 |
| N/F | Advocate Christ Medical Center | 7100-000 | $62,716.00 | NA | NA | NA |
| N/F | Advocate Medical Group | 7100-000 | $35.70 | NA | NA | NA |
| N/F | Advocate Medical Group | 7100-000 | $764.00 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $16,398.00 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $6,079.00 | NA | NA | NA |

| N/F | City of Chicago EMS | 7100-000 | $995.00 | NA | NA | NA |
| N/F | Constulants in Lab Medicine | 7100-000 | $496.00 | NA | NA | NA |
| N/F | Consultants in Clinical Pathology | 7100-000 | $1,128.00 | NA | NA | NA |
| N/F | Diabetes & Endocrine Care, Ltd. | 7100-000 | $813.00 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $10,551.00 | NA | NA | NA |
| N/F | Evergreen Emergency Services | 7100-000 | $592.00 | NA | NA | NA |
| N/F | ICS/Illinois Collection Service | 7100-000 | $583.00 | NA | NA | NA |
| N/F | ICS/Illinois Collection Service | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | ICS/Illinois Collection Service | 7100-000 | $122.00 | NA | NA | NA |
| N/F | ICS/Illinois Collection Service | 7100-000 | $197.00 | NA | NA | NA |
| N/F | ICS/Illinois Collection Service | 7100-000 | $413.00 | NA | NA | NA |
| N/F | ICS/Illinois Collection Service | 7100-000 | $500.00 | NA | NA | NA |
| N/F | ICS/Illinois Collection Service | 7100-000 | $263.00 | NA | NA | NA |
| N/F | ICS/Illinois Collection Service | 7100-000 | $67.00 | NA | NA | NA |
| N/F | Little Company Mary Hospitalist Grp | 7100-000 | $885.00 | NA | NA | NA |
| N/F | Little Company of Mary Hospital | 7100-000 | $540.00 | NA | NA | NA |
| N/F | Little Company of Mary Hospital | 7100-000 | $14,774.26 | NA | NA | NA |
| N/F | MBNA America, NA | 7100-000 | $14,795.79 | NA | NA | NA |
| N/F | MidAmerica Cardiovascular Consultan | 7100-000 | $125.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | MidAmerica Cardiovascular Consultan | 7100-000 | $1,391.71 | NA | NA | NA |
| N/F | Neurologic Associates, Ltd | 7100-000 | $521.98 | NA | NA | NA |
| N/F | Oak Lawn Radiology Imaging Cons | 7100-000 | $699.00 | NA | NA | NA |
| N/F | Radiology Imaging Specialists | 7100-000 | $1,645.33 | NA | NA | NA |
| N/F | The Cardiology Group | 7100-000 | $18.00 | NA | NA | NA |
| N/F | The Cardiology Group | 7100-000 | $571.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$139,679.77** | **$25,712.29** | **$25,985.97** | **$25,985.97** |

# Form 1

## Individual Estate Property Record and Report

Exhibit 8

Page: 1

## Asset Cases

**Case No.:** 16-26356

**Case Name:** BRODERICK, KEVIN LEO

**For Period Ending:** 06/04/2018

**Trustee Name:** (330350) Eugene Crane

**Date Filed (f) or Converted (c):** 08/17/2016 (f)

**§ 341(a) Meeting Date:** 09/13/2016

**Claims Bar Date:** 06/13/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br><br>Imported from original petition Doc# 1; Exemption: Cash - Amount: 40.00 | 40.00 | 0.00 | | 0.00 | FA |
| 2 | Pre-paid Debit Card<br><br>Imported from original petition Doc# 1; Exemption: pre-paid debit card: Pre-paid Debti Card - Amount: 380.00 | 380.00 | 0.00 | | 0.00 | FA |
| 3 | Bed<br><br>Imported from original petition Doc# 1; Exemption: Bed - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Usual and Ordinary Wearing Apparel<br><br>Imported from original petition Doc# 1; Exemption: Usual and Ordinary - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Watch<br><br>Imported from original petition Doc# 1; Exemption: Watch - Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Mixed golf clubs<br><br>Imported from original petition Doc# 1; Exemption: Mixed golf clubs - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Insurance Policies<br><br>Imported from original petition Doc# 1; Exemption: 10,000 face value Met Life Beneficiary: mother is beneficiary - Amount: 30.00 | 30.00 | 0.00 | | 0.00 | FA |
| 8 | Potential inheritance from brother's estate - On<br><br>Imported from original petition Doc# 1; Exemption: Potential inheritance from brother's estate - One fourteenth interest in estate - original exemption amount: 3130.00 | Unknown | 3,870.00 | | 0.00 | FA |
| 9 | 1997 Toyota Corolla, 168,000 miles. Entire prope<br><br>Imported from original petition Doc# 1; Exemption: 1997 Toyota Corolla 168,000 miles - Amount: 2400.00 | 2,500.00 | 100.00 | | 0.00 | FA |
| 10 | IRA: IRA INHERITED FROM DECEASED BROTHER (u)<br><br>Amended Sch C 11/29/2017 exemption amount $33,571.15. Objection to this exemption was filed 03/30/2017.<br>05/11/2017 - order entered denying exemption. | 33,571.15 | 33,571.15 | | 37,686.39 | FA |
| 11 | Inherited Schwab Brokerage Account (u)<br><br>Second Brokerage account held at Schwab inherited from brother. Non-IRA.  Unscheduled. | Unknown | 19,152.00 | | 19,958.43 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$37,271.15** | **$56,693.15** | | **$57,644.82** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  16-26356

**Case Name:**  BRODERICK, KEVIN LEO

**For Period Ending:**  06/04/2018

**Trustee Name:**  (330350) Eugene Crane

**Date Filed (f) or Converted (c):**  08/17/2016 (f)

**§ 341(a) Meeting Date:**  09/13/2016

**Claims Bar Date:**  06/13/2017

**Major Activities Affecting Case Closing:**

03/26: Court hearing for TFR set for 04/26 at 10am J-Thorne
03/16: TFR sent to UST for review (dk)
02/20/2018: Rec'd accounting of probate estate; Debtor's 1/14 interest in inventory (which is negligible) will go directly to Debtor as proceeds in estate can pay all creditors at 100 percent plus interest (dk)
12/14: Circuit Court Probate Court hearing on Final Accounting cont'd to 2/22/18 (dk)
10/30: MT to Employ Accountants filed; hearing 11/07 (dk)
07/30: All Schwab funds turned over; still waiting on inventory of probate estate (dk)
06/20: Order of Judgment entered, will send order to Schwab for turnover of funds (dk)
05/15: Filed Adv Complaint for T/O of funds held at Schwab (dk)
05/11: Order entered denying exemption claimed on inherited IRA (dk)
05/11: Order entered extending time to object to discharge to 08/15/2017 (dk)
03/30: Filed Objection to Exemption claimed on inherited IRA; hearing on April 6 (dk)
03/16: Contacted Charles Schwab, alerted them to bankruptcy and that the estate is the new beneficiary of Debtors brother's accounts (dk)
03/10: Initial Report of Assets filed (dk)
03/10: Trustee to file Motion to object to exemption (dk)
01/10/17: ORDER entered to retain CHSW&C (dk)
12/29: MT filed to Employ CHSW&C; Hearing on 01/10/17(dk)
11/17: Debtor may have enough interest for equity to the bk; write to probate atty for more information (dk)
11/16: Ltr sent to G.Krol for probate and brother's estate info (dk)

**Initial Projected Date Of Final Report (TFR):**  12/31/2018          **Current Projected Date Of Final Report (TFR):**  03/23/2018 (Actual)

# Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-26356 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BRODERICK, KEVIN LEO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2802 | Account #: | ******5966 Checking Account |
| For Period Ending: | 06/04/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/17 | {11} | Charles Schwab | Liquidation of inherited Schwab brokerage account | 1229-000 | 19,954.21 | | 19,954.21 |
| 07/14/17 | {10} | Charles Schwab | Liquidation of inherited IRA account | 1229-000 | 37,686.10 | | 57,640.31 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.16 | 57,607.15 |
| 08/07/17 | {10} | Charles Schwab | Remainder of Roth IRA xxxx5452 inherited by Debtor | 1229-000 | 0.29 | | 57,607.44 |
| 08/07/17 | {11} | Charles Schwab | Remainder of Schwab Account no. xxxx0035 inherited by Debtor | 1229-000 | 4.22 | | 57,611.66 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.15 | 57,520.51 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.97 | 57,440.54 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.12 | 57,352.42 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.49 | 57,269.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.62 | 57,190.31 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 90.48 | 57,099.83 |
| 02/13/18 | 101 | International Sureties, Ltd. | Bond payment term 02-01-18 to 02-01-19; Bond #016073584 | 2300-000 | | 18.84 | 57,080.99 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.64 | 57,004.35 |
| 04/26/18 | 102 | EUGENE CRANE | Distribution payment - Dividend paid at 100.00% of $5,113.72; Claim # FEE; Filed: $5,113.72 | 2100-000 | | 5,113.72 | 51,890.63 |
| 04/26/18 | 103 | Clerk of U.S. Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Adversary Complaint Case No. 17-00285 filing fee | 2700-000 | | 350.00 | 51,540.63 |
| 04/26/18 | 104 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $9,159.00; Claim # ; Filed: $9,159.00 | 3110-000 | | 9,159.00 | 42,381.63 |
| 04/26/18 | 105 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $114.13; Claim # ; Filed: $114.13 | 3120-000 | | 114.13 | 42,267.50 |
| 04/26/18 | 106 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $1,402.50; Claim # ; Filed: $1,402.50 | 3410-000 | | 1,402.50 | 40,865.00 |
| 04/26/18 | 107 | Department of the Treasury | Distribution payment - Dividend paid at 100.00% of $212.04; Claim # 2P; Filed: $212.04 | 5800-000 | | 212.04 | 40,652.96 |
| 04/26/18 | 108 | Department of the Treasury | Distribution payment -Interest on claim; Dividend paid at 100.00% of | 7990-000 | | 2.18 | 40,650.78 |

Page Subtotals: **$57,644.82** **$16,994.04**

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-26356 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | BRODERICK, KEVIN LEO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2802 | Account #: | ******5966 Checking Account |
| For Period Ending: | 06/04/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $2.18; Claim # 2PI;SS#xxx-xx-7498 | | | | |
| 04/26/18 | 109 | IL Dept of Revenue Bankruptcy Section | Distribution payment - Dividend paid at 100.00% of $659.39; Claim # 3P; Filed: $659.39 | 5800-000 | | 659.39 | 39,991.39 |
| 04/26/18 | 110 | IL Dept of Revenue Bankruptcy Section | Distribution payment - Dividend paid at 100.00% of $6.79; Claim # 3PI; Filed: $6.79 | 7990-000 | | 6.79 | 39,984.60 |
| 04/26/18 | 111 | Discover Bank | Distribution payment - Dividend paid at 100.00% of $10,551.81; Claim # 1; Filed: $10,551.81; account ending 2629 | 7100-000 | | 10,551.81 | 29,432.79 |
| 04/26/18 | 112 | Discover Bank | Distribution payment - Dividend paid at 100.00% of $108.63; Interest on Claim # 1 | 7990-000 | | 108.63 | 29,324.16 |
| 04/26/18 | 113 | Department of the Treasury | Distribution payment - Dividend paid at 100.00% of $231.29; Claim # 2U; Filed: $231.29 | 7100-000 | | 231.29 | 29,092.87 |
| 04/26/18 | 114 | Department of the Treasury | Distribution payment - Dividend paid at 100.00% of $2.38; Claim # 2UI; Filed: $2.38 | 7990-000 | | 2.38 | 29,090.49 |
| 04/26/18 | 115 | IL Dept of Revenue Bankruptcy Section | Distribution payment - Dividend paid at 100.00% of $115.40; Claim # 3U; Filed: $115.40 | 7100-000 | | 115.40 | 28,975.09 |
| 04/26/18 | 116 | IL Dept of Revenue Bankruptcy Section | Distribution payment - Dividend paid at 100.00% of $1.19; Claim # 3UI; Filed: $1.19 | 7990-000 | | 1.19 | 28,973.90 |
| 04/26/18 | 117 | CACH, LLC | Distribution payment - Dividend paid at 100.00% of $14,795.79; Claim # 4; Filed: $14,795.79; account ending 0704 | 7100-000 | | 14,795.79 | 14,178.11 |
| 04/26/18 | 118 | CACH, LLC | Distribution payment - Dividend paid at 100.00% of $152.32; Interest on Claim # 4 | 7990-000 | | 152.32 | 14,025.79 |
| 04/26/18 | 119 | The Cardiology Group | Distribution payment - Dividend paid at 100.00% of $18.00; Claim # 5; Filed: $18.00 | 7100-000 | | 18.00 | 14,007.79 |
| 04/26/18 | 120 | The Cardiology Group | Distribution payment - Dividend paid at 100.00% of $0.19;Claim # 5I;  Interest on claim | 7990-000 | | 0.19 | 14,007.60 |
| 04/26/18 | 121 | BRODERICK, KEVIN LEO | Distribution payment - Dividend paid at 100.00% of $14,007.60; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 14,007.60 | 0.00 |

Page Subtotals:  $0.00  $40,650.78

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

Exhibit 9
Page: 3

**Form 2**

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 16-26356 | |
| Case Name: | BRODERICK, KEVIN LEO | |
| Taxpayer ID #: | **-***2802 | |
| For Period Ending: | 06/04/2018 | |

| | |
|---|---|
| Trustee Name: | Eugene Crane (330350) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******5966 Checking Account |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 57,644.82 | 57,644.82 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 57,644.82 | 57,644.82 | |
| | | Less: Payments to Debtors | | | | 14,007.60 | |
| | | NET Receipts / Disbursements | | | $57,644.82 | $43,637.22 | |

## Form 2

Exhibit 9
Page:  4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-26356 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | BRODERICK, KEVIN LEO | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2802 | **Account #:** | ******5966 Checking Account |
| **For Period Ending:** | 06/04/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $57,644.82 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $14,007.60 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $43,637.22 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5966 Checking Account | $57,644.82 | $43,637.22 | $0.00 |
| | **$57,644.82** | **$43,637.22** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)